1.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE 3:07-cv-00069-GCM

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE BUS & R.V. SALES, INC.,<br>LAKE NORMAN RV CENTER, INC.,<br>ALFRED G. DAE, NANCY DAE AND<br>JULIE DAE,<br><br>Defendants. | **ORDER MODIFYING THE<br>ORDER DESIGNATING<br>MEDIATOR** |

THIS MATTER came before the undersigned United States District Court Judge on Plaintiff's Motion to Modify the Order Designating Mediator. Having reviewed the Court's file and read Plaintiff's motion, this Court rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Extend the Deadline to Complete the Mediated Settlement Conference is GRANTED. The Mediated Settlement Conference in this matter shall now be completed on or before Thursday, December 20th, 2007.

Signed: November 15, 2007

Graham C. Mullen
United States District Judge